

**U.S. Department of Justice**

*United States Attorney*

*District of Delaware*

---

*Reneé A. Austin*
*Direct Dial: 302-573-6277x119*
*Facsimile: 302-573-6643*

*1007 Orange Street*
*Suite 700*
*Wilmington, Delaware 19899-2046*
*(302) 573-6277*
January 9, 2006

U.S. District Court
Attn: Ron Eberhard, Intake Supervisor
844 N. King Street
Wilmington, DE 19801

       Re:   <u>United States v. John J. Gain</u>

Dear Mr. Eberhard:

      Enclosed, please find an original and two copies of a federal judgment. Please register the judgment in your court and return two certified copies to me.

      If you have any questions, please call me at the number listed above.

               Very truly yours,

               **COLM F. CONNOLLY**
               United States Attorney

By:    *Renee A. Austin*
               Renee A. Austin
               Paralegal Specialist

Enclosure

File No. 2005Z00199

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　　:

　　　　　　　　Plaintiff　　　　　　　　:

　　　　v.　　　　　　　　　　　　　　　: MISCELLANEOUS NO.

JOHN J. GAIN,　　　　　　　　　　　　:

　　　　　　　Defendant　　　　　　　　:

### PRAECIPE TO FILE CERTIFIED JUDGMENT

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

　　　　　　Please file the attached Certified Assignment of Judgments in the District Court for

the District of Delaware in favor of the United States of America, Plaintiff, and against **JOHN J.**

**GAIN,** defendant, originally entered as Case No. 01-02867, on April 2, 2001, in the Court of

Common Pleas, Chester County, Commonwealth of Pennsylvania, in the principal amount of

$114,489.20, interest amount of $38,195.33 and costs and attorney fees of $28.00, plus interest from

the date of Judgment at the rate of 8.250% computed daily and compounded annually until paid in

full, plus costs of suit, the balance being $212,698.95 as of January 9, 2006.

　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　By: _____

　　　　　　　　　　　　　　PATRICIA C. HANNIGAN
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Delaware Bar I.D. No. 2145

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency (assignor), 1200 North Seventh Street, City of Harrisburg, Commonwealth of Pennsylvania, in consideration of the sum of $152,712.53, receipt of which is acknowledged, paid to the Pennsylvania Higher Education Assistance Agency by the United States of America (assignee) hereby assign to assignee the Judgment recovered by assignor on April 2, 2001, docketed in the Court of Common Pleas of Chester County, Commonwealth of Pennsylvania, Case No. 01-02867, against **JOHN J. GAIN,** for $114,489.20 in principal, plus $38,195.33 in interest, plus costs and attorney fees of $28.00.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this Judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, Pennsylvania 17102 this 27th day of July, 2004.


Patricia Walton

**COMMONWEALTH OF PENNSYLVANIA**
**CHESTER COUNTY, ss:**

I, **Bryan D. Walters, Prothonotary** of the Court of Common Pleas, in and for the County of Chester, in the State aforesaid, do certify that the above and foregoing is a true and correct copy of the full, entire and whole Record, **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY V. JOHN J. GAIN, Chester County Case No. 01-02867** the hereinbefore stated case as the same remains filed and of Record in the said Court.
In testimony whereof, I have hereunto set my hand and the seal of said Court, at West Chester, this 28th day of September, 2005.

_____
Prothonotary

I, **Paula Francisco Ott, President Judge** of the Fifteenth Judicial District of the Commonwealth of Pennsylvania composed of the County of Chester, do certify that the foregoing attestation is in due form and by the proper officer.

Witness my hand at West Chester, this 29th day of September 2005.

_____
President Judge

**COMMONWEALTH OF PENNSYLVANIA**
**CHESTER COUNTY, ss:**

I, **Bryan D. Walters, Prothonotary** of the Court of Common Pleas of Chester County, certify that the **Hon. Paula Francisco Ott,** whose name is signed to the foregoing certificate, was at the time the same bears date, and now is President Judge of the Fifteenth Judicial District of the Commonwealth of Pennsylvania, composed of the County of Chester, duly commissioned and qualified, and that full faith and confidence should be given to all his official acts and attestations.

Witness my hand and official seal, at West Chester, this 30th of September 2005.

_____
Prothonotary

```
DATE 09/12/05      CIVIL COURT MANAGEMENT SYSTEM              PAGE   1

                      CASE SUMMARY REPORT
```

**THIS TRANSFER OF JUDGMENT IS HEREBY CERTIFIED IN FAVOR OF PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY AND AGAINST JOHN J. GAIN IN THE AMOUNT OF $152,712.53.**

```
01-02867   PENNSYLVANIA HIGHER EDUCATION ASSISANTANCE
           AGENCY  V. JOHN J GAIN
           JUDGMENT
CASE INITIATION DATE  04/02/01  02:20 P      NOT ACTIVE SINCE 00/00/00
CASE STATUS ACTIVE                           REOPEN DATE     00/00/00
ARBITRATION DATE          ARBITRATION TIME
TRIAL READY DATE 00/00/00
04/02/01     02:20 P          $152712.53
      TWP/TAX PARCEL #:
      JUDGMENT FOR:      PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
      JUDGMENT AGAINST:  JOHN J GAIN
PLAINTIFF
           PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
           1200 NORTH SEVENETH STREET
           DAUPHIN COUNTY
           HARRISBURG        PA 17102-1444
VS.
DEFENDANT
      JOHN J GAIN
           106 NORTH 3RD STREET
           CHESTER COUNTY
           OXFORD            PA 19363

      DATE          DOCKET INFORMATION

      04/02/01      JUDGMENT ENTERED IN FAVOR OF
                    PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
                    AGAINST JOHN J GAIN
                    IN THE AMOUNT OF
                    $152,712.53
      04/02/01      PRAECIPE
                    FOR JUDGMENT BY PLTF
      04/02/01      CERTIFICATION OF ADDRESS
      04/02/01      CERTIFICATION OF ADDRESS
      04/02/01      AFFIDAVIT
                    OF SERVICE OF STATEMENT OF CLAIM BY PLTF
```

**CERTIFIED FROM THE RECORD**

Charles W. McLean, Jr.

**Charles W. McLean, Jr.
Deputy Prothonotary
September 28, 2005**

28.

01 02867

01 APR -2 PM 2:19

OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.

# IN THE COURT OF COMMON PLEAS OF

# CHESTER COUNTY, PENNSYLVANIA

CERTIFIED
FROM THE RECORD
ATTEST *[signature]*
DEPUTY PROTHONOTARY
9-28-05

| | |
|---|---|
| Pennsylvania Higher Education Assistance Agency,<br><br>         Plaintiff | Civil Division<br><br>Case Number |
|     v. | Praecipe for Entry<br>of Judgment |
| John J. Gain,<br><br>        Defendant | Filed on Behalf of –<br>Plaintiff |
| | Name, Address and<br>Telephone of – |

   X   Counsel of Record

_____Individual, Pro Se

K. Kevin Murphy, Esquire
Counsel to PHEAA
1200 North Seventh Street
Harrisburg, PA 17102-1444
(717) 720-2903
Attorney's State ID # 44712

28

# IN THE COURT OF COMMON PLEAS OF
## CHESTER COUNTY, PENNSYLVANIA
### CIVIL DIVISION

Pennsylvania Higher Education       :
Assistance Agency,                  :       No.   61-02867
                    Plaintiff       :
                                    :
          v.                        :       Term,
                                    :
John J. Gain,                       :
                    Defendant       :

*01 APR -2 PM 2:20 FILED OFFICE OF THE PROTHONOTARY CHESTER CO. PA*

### *PRAECIPE FOR JUDGMENT*
### *PROTHONOTARY*

TO:

      You are hereby directed to enter judgment in favor of the above named Plaintiff and against the Defendant in the principal sum of $114,489.20 plus interest of $38,195.33 from the 31st day of August, 1996, through the 1st day of April, 2001, plus legal fees of $28.00 for the total amount of $152,712.53, plus interest accruing at 8.25%.

_____
K. Kevin Murphy
Plaintiff, Attorney, or Agent


      AND NOW, this          day of                    , 2001, judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $152,712.53.


I hereby certify that the residence of the Plaintiff(s) is:

      1200 North Seventh Street
      Dauphin County
      Harrisburg, PA 17102-1444

And that the last known precise residence of the Defendant(s) is:

      106 North 3rd Street
      Chester County
      Oxford, PA  19363

_____
K. Kevin Murphy
Plaintiff, Attorney, or Agent

Deft. Notified

## IN THE COURT OF COMMON PLEAS OF
## CHESTER COUNTY, PENNSYLVANIA
## CIVIL DIVISION

Pennsylvania Higher Education      :
Assistance Agency,      :      No.
     Plaintiff      :
     :
     :
v.      :      Term,
     :
John J. Gain,      :
     Defendant      :

### *NOTICE OF ORDER, JUDGMENT OR DECREE*

( )    Plaintiff          You are hereby notified that the following
                         Order, <u>Judgment</u>, or Decree has been

( )    Defendant       entered against you on _____ day of
                         _____, 2001 in the above-captioned case.

(X)    Judgment in the amount of $152,712.53 plus interest accrued at 8.25%

( )    Decree in Divorce

( )    Decree Nisi in Equity

( )    Final Decree in Equity

( )    Justice of the Peace Transcript in Trespass in the amount of _____ Plus Costs.

( )    If not satisfied within sixty (60) days, your motor vehicle operator's license will be
       suspended by the Department of Transportation, Bureau of Traffic Safety, Harrisburg,
       Pennsylvania.

( )    Entry of Judgment of           ( )    Non-Suit of
                                ( )    Non-Pros
                                ( )    Default
                                ( )    Verdict
                                ( )    Arbitration Award

( )    Justice of the Peace Transcript in Assumpsit in the amount of _____ Plus Costs.

                         Prothonotary

                         _____

                         Deputy

(Applicable brackets have been checked)
THIS NOTICE IS NOT A DEMAND FOR PAYMENT

**AFFIDAVIT OF SERVICE**
STATEMENT OF CLAIM

FILED
01 APR -2 PM 2: 21
OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.

DEFENDANT:     John J. Gain

ACCOUNT NO:     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

IT IS HEREBY CERTIFIED THAT PURSUANT TO THE PROVISIONS OF 24 P.S.

SECTION 5104.3 A STATEMENT OF CLAIM WAS SENT TO THE DEFENDANT BY

FIRST CLASS MAIL TO THE ADDRESS OF RECORD ON THE DATE APPEARING ON

SAID STATEMENT OF CLAIM.  IT IS FURTHER CERTIFIED HEREWITH THAT THE

STATEMENT OF CLAIM WAS NOT SUBSEQUENTLY RETURNED TO THIS OFFICE AS

UNDELIVERABLE AND THEREBY MET THE REQUIREMENTS OF SERVICE.

DATED:     3/27/2001          SIGNED:     _K. Kevin Murphy_
                                          K. Kevin Murphy, Esquire
                                          Counsel to PHEAA

_Karen L. Stefanic_
Notary

NOTARIAL SEAL
KAREN L. STEFANIC, Notary Public
City of Harrisburg    Dauphin County
My Commission Expires Sept. 13, 2001

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

PLAINTIFF

VS.

JOHN GAIN

JOHN GAIN                                                    DEFENDANT
542 S BROADWAY J10
PENNSVILLE, NJ 08070                    ACCOUNT#  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

## STATEMENT OF CLAIM

1.  PLAINTIFF, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,
IS A PUBLIC CORPORATION AND GOVERNMENT INSTRUMENTALITY, CREATED
UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA BY THE ACT OF
AUGUST 7,  1963, P.L.  549, WITH ITS PRINCIPAL ADMINISTRATIVE
OFFICES AT 1200 NORTH SEVENTH STREET, HARRISBURG, PENNSYLVANIA
17102.

2.  DEFENDANT IS AN INDIVIDUAL WHOSE LAST KNOWN ADDRESS IS
INDICATED ABOVE.

3.  PLAINTIFF, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,
BRINGS THIS ACTION AGAINST THE DEFENDANT PURSUANT TO THE ACT OF
APRIL 29, 1982 (P.L. 365, NO. 102), (24P.S. SECTION 5104.3).

4.  DEFENDANT SIGNED A PROMISSORY NOTE(S) CREATING A HEALTH
EDUCATION ASSISTANCE LOAN PURSUANT TO THE PUBLIC HEALTH SERVICE
ACT.  SEE ATTACHED PROMISSORY NOTE(S).

5.  DEFENDANT BREACHED THE AGREEMENT TO  REPAY THE  LOAN
OBLIGATION AND THE AFORESAID NOTE(S) WAS DECLARED IN DEFAULT BY
THE HOLDER, AT WHICH TIME THE UNPAID BALANCE IMMEDIATELY BECAME
DUE AND PAYABLE.

6.  THE TOTAL AMOUNT DUE PLAINTIFF IS AS FOLLOWS:

| | | |
|---|---|---|
| PRINCIPAL SUM | $ | 114,489.20 |
| INTEREST TO 03/18/98 | | 12,822.06 |
| OTHER CHARGES | | .00 |
| COSTS | | .00 |
| TOTAL | $ | 127,311.26 |

WHEREFORE, PLAINTIFF DEMANDS AN ORDER OF DEFAULT AGAINST
DEFENDANT IN THE AMOUNT OF $  127,311.26 WITH INTEREST AND COSTS.

STAFF COUNSEL
P.O. BOX 1357
HARRISBURG, PA  17105
(717) 720-3800
DATE:    03/21/98          TT# (717) 720-2366

**AFFIDAVIT OF ENTRY**
**OF ORDER OF DEFAULT**

DEFENDANT:      John J. Gain

ACCOUNT NO:     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

IT IS HEREBY CERTIFIED THAT PURSUANT TO THE PROVISIONS OF 24 P.S.

SECTION 5104.3 AN ORDER OF DEFAULT WAS ENTERED BY THE BOARD OF

DIRECTORS OF THE PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

AT ITS BOARD MEETING ON MAY 1, 1998.  A RECORD OF THIS ENTRY IS DULY

RECORDED AND KEPT AT THE OFFICES OF THE AGENCY LOCATED AT 1200

NORTH SEVENTH STREET, HARRISBURG, PENNSYLVANIA 17102-1444.

DATED:     3/27/2001        SIGNED:     _K. Kevin Murphy_

K. Kevin Murphy, Esquire
Counsel to PHEAA

_Karen L. Stefanic_
Notary

NOTARIAL SEAL
KAREN L. STEFANIC, Notary Public
City of Harrisburg   Dauphin County
My Commission Expires Sept. 13, 2001

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

PLAINTIFF

VS

JOHN GAIN

JOHN GAIN                                                           DEFENDANT
1915 WESLEY AVENUE
OCEAN CITY, NJ  08226                    ACCOUNT#     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

## ORDER OF DEFAULT

AND NOW THIS 1ST DAY OF MAY, 1998,

IT HAVING BEEN DETERMINED THAT THE ABOVE-NAMED DEFENDANT HAS FAILED TO

FILE A RESPONSE TO THE STATEMENT OF CLAIM FILED AGAINST SUCH DEFENDANT

IN THE RECORDS OF THE AGENCY, AN ORDER OF DEFAULT IS HEREBY ENTERED

AGAINST THE DEFENDANT IN THE AMOUNT OF $      128,311.86

| | | |
|---|---|---|
| PRINCIPAL | $ | 114,489.20 |
| INTEREST TO  05/01/98 | | 13,822.66 |
| OTHER CHARGES | | .00 |
| COST | | .00 |
| TOTAL | $ | 128,311.86 |

THE PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

1-800-233-0751
TT# 717-720-2366

FEDERAL HEALTH EDUCATION ASSISTANCE LOAN APPLICATION/PROMISSORY NOTE

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

PHEAA

**SECTION I - TO BE COMPLETED BY APPLICANT**

| 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 | GARI, JOHN J |
| --- | --- |

30 WESTWOOD DRIVE

WINFIELD    PA    17889

Home: 717-523-8410    Other: 717-523-8700

**8. SCHOOL AND GRADUATION INFORMATION**

School Attended: HAHNEMANN UNIVERSITY    MD Medicine    Graduation Date: 06/01/1991

JOHN GARI    4 CHIPMUNK LANE, KENNETT SQUARE, PA 19348.    610-388-6649

TINA GARI    30 WESTWOOD DRIVE, WINFIELD, PA 17880.    717-523-8410

TOM GARI    1300 BEECH ROAD, ROSEMONT, PA 00000.    610-827-0874

EUGENE BRADLEY    102 LYNCH STREET, SAYRE, PA 00000.    717-888-1808

EMPLOYER INFORMATION: OB GYN OF LEWISBURG    3 HOSPITAL DRIVE, LEWISBURG, PA 00000.    717-523-8700

ESTIMATED BALANCE OF OTHER EDUCATIONAL LOANS: $49,518.54

FEDERAL HEAL INDEBTEDNESS: $0.00

| Current Holder/Lender | Servicer | Original Principal | Date Disbursed | Interest Rate | Approximate Current Principal |
| --- | --- | --- | --- | --- | --- |
| 1. PHEAA - HEAL | SLSC | $16,401.00 | 08/25/87 | 7.250 | $25,811.01 |
| 2. PHEAA - HEAL | SLSC | $17,387.00 | 08/13/88 | 7.250 | $26,643.04 |
| 3. PHEAA - HEAL | SLSC | $20,000.00 | 09/05/89 | 7.250 | $27,789.03 |
| 4. PHEAA - HEAL | SLSC | $20,000.00 | 09/28/90 | 7.250 | $26,233.77 |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

ESTIMATED TOTAL FEDERAL HEAL DEBT: $106,296.85

This Application Promissory Note represents a consolidation of all of my Federal HEAL loans, as identified above. The word "Note" refers to this Application Promissory Note. In this Note, the words "I", "me" or "my" refer to the Borrower whose signature appears below. The word "Lender" refers to the Pennsylvania Higher Education Assistance Agency (PHEAA) or any subsequent holder to whom this Note is assigned. "Loan" refers to the Federal HEAL Consolidation Loan which the Lender is making to me.

**PROMISE TO PAY**

I promise to pay the Lender or the subsequent holder of this Note, the Principal Amount advanced on my behalf, as described below, plus interest on the principal, according to a repayment schedule described under Repayment in this Note. If I fail to pay all of a required installment payment or fail to provide written evidence that verifies eligibility for deferment or forbearance of a Loan payment within 30 days after the payment due date I will pay a late charge to the Lender equal to 5% of the unpaid portion of the payment due, plus all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and that are necessary for the collection of any amount not paid when due. I understand that the amount of my Loan will be based on the pay-off balances of Federal HEAL loans which are being paid off by the Lender as provided by the creditors of such loans and may exceed the estimate of such pay-off balances.

**DETERMINATION OF PRINCIPAL AMOUNT; CONSUMMATION OF LOAN**

After the Lender approves a Federal HEAL Consolidation Loan, and after I have signed this Note and returned the Note to the Lender, the Lender will determine the balance of the Loan. Then the Lender will send a Disclosure Statement to me which will explain the principal amount, interest rate, payment schedule, consolidation date and other information concerning the Loan. My Federal HEAL Consolidation Loan will be considered "consummated" whenever any Lender, or its agent, advances funds on my behalf to all my creditors who currently hold Federal HEAL loans named on this Note in order to pay off those loans on my behalf. I understand that the Loan will not be considered to have been or consummated until the consolidation date as shown on my Disclosure Statement. I will review my Disclosure Statement upon receiving it and will contact the Lender or its agent prior to the consolidation date if I have any questions.

**GENERAL**

The terms of this Note shall be construed according to Federal law (42 U.S.C. 292-292p) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the Lender. Except to the extent Federal law applies, the laws of the Commonwealth of Pennsylvania will apply to this Note in all respects, excluding conflict of law provisions.

**CERTIFICATION BY BORROWER**

I hereby certify by my signature that the information contained on this Note is true, complete and correct to the best of my knowledge and belief and 1) That I have graduated from an eligible Federal HEAL school and all my loans are listed. 2) That I select the PHEAA Federal HEAL Loan Consolidation Program and I request that the Lender contacted me my Federal HEAL loans under this program as I am requesting the Lender to rely on my good faith application of it above and to begin processing all my Federal HEAL loans. 3) That I have not consummated a Federal HEAL consolidation prior agreement with another lender. 4) That I authorize any current Federal HEAL loan lender/holder to release my Federal HEAL loan information requested by the consolidating Lender, or its agent, for the purpose of verifying student loan information, in order that I may consummate a Federal HEAL loan into a Federal HEAL consolidation loan. This information is for the use of the Lender in consolidating my Federal HEAL loans. I have read, understand and agree to the terms of the "Borrower's Rights" statement and the "Borrower's Responsibilities" statement. I have been informed of the amount the Lender/holder and the Federal government can take in the event that I fail to meet scheduled payment. I also authorize the Lender or any subsequent holder to check my credit history; and to disclose my credit history with my lenders and to share any information concerning my Federal HEAL loans that the Lender requests to consummate a consolidation. I authorize any Lender or its agent to use any information on this application for determining my status. I hereby authorize the Lender, its agent and subsequent holders and the guarantor to disclose, discuss and make inquiries regarding my information relating to this application and the Loan based upon this application whenever one of the disclosure of the information is necessary for the processing of this application or the Loan with subsequent holders of the Loan, contractors and agents who assist the Lender in the credit bureaus, parents or relatives named on the Loan application, the guarantor, federal or state agencies or private parties who may be able to provide information necessary for the processing of my Loan application or to assist in the servicing or collection of this Loan, and others who require the Lender to verify the condition and conditions of my Loan. I understand I will be sent a Disclosure Statement and will have the option to choose my repayment plan after my Loan is disbursed. I agree that all proceeds from the Loan will be used to pay my existing Federal HEAL loans. By signing this Note before I acknowledge and certify that I have received an exact copy of pages two through four of this Note with all applicable blanks filled in; the additional terms on pages two, three and four of this Note, any consolidation sheets, and the Disclosure Statement, which I will receive later, are part of this Note, and intending to be legally bound, I have read, understand, and agree to the terms on all pages of this Note. A copy of this subscription may be deemed to be an original.

Signature of Borrower    Date 7/26/95

LENDER COPY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Certified Judgment was served upon defendant by depositing same in the United States mail, postage prepaid, this 9th day of January, 2006, addressed to:

> **JOHN J. GAIN**
> 1704 Argonne Avenue
> Wilmington, DE 19804

PATRICIA C. HANNIGAN
Assistant United States Attorney